UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISIAH M. DOOLEN,<br><br>                              *Plaintiff*,<br><br>            v.<br><br>MARK ESPER, in his official capacity as Secretary of the Army,<br>LT. GEN. ROBERT CASLEN, JR., in his official capacity as Superintendent of West Point,<br><br>                              *Defendants*. | No. 16 Civ. 8606 (VB) |

## NOTICE OF MOTION TO DISMISS OR FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Motion to Dismiss or for Summary Judgment, and the Declaration of Peter Aronoff in support of said motion as well as the exhibits thereto, defendants, by their attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, hereby move this Court for an order pursuant to Federal Rules of Civil Procedure 12 and 56 directing dismissal of the second amended complaint and judgment for defendants.

PLEASE TAKE FURTHER NOTICE that, unless the Court directs otherwise, then pursuant to Local Civil Rule 6.2(b)(2), opposition papers, if any, must be served upon the United States Attorney's Office, Southern District of New York, 86 Chambers Street, 3rd Floor, New York, New York, 10007, no later than February 9, 2018.

Dated: January 26, 2018
New York, New York

                                      Respectfully submitted,

                                      GEOFFREY S. BERMAN
                                      United States Attorney for the
                                      Southern District of New York

By:    */s/ Peter Aronoff*
        PETER ARONOFF
        Assistant United States Attorney
        Telephone: (212) 637-2697
        Facsimile: (212) 637-2717
        E-mail: peter.aronoff@usdoj.gov